UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
                                               Index No. 07 CV 7327
---
POLAR AIR CARGO WORLDWIDE, INC.
                                                         , Plaintiff(s)
                        - against -

AIRLINE PILOTS ASS'N INT'L AND POLAR AIR CARGO, INC MASTER EXECUTIVE
COUNCIL
                                                         , Defendant(s)
---
State of Washington DC    )
                          )  SS.:
County of Columbia        )

AFFIDAVIT OF SERVICE

Brandon Snesko being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of Washington DC.  That on 08/17/2007 at  2:10 PM at:
        AIR LINE PILOTS ASSOCIATION INTERNATIONAL
        1625 MASSACHUSETTS AVENUE, N.W.
        # 126
        WASHINGTON DC 20036
Deponent served the:

SUMMONS IN A CIVIL ACTION
COMPLAINT TO COMPEL ARBITRATION UNDER THE RAILWAY LABOR ACT
RULE 7.1 STATEMENT OF PLAINTIFF POLAR AIR CARGO WORLDWIDE, INC.
INDIVIDUAL PRACTICES OF MAGISTRATE JUDE GEORGE A. YANTHIS
INDIVIDUAL PRACTICES OF MAGISTRATE JUDE WILLIAM C. CONNER
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK PROCEDURES
FOR ELECTRONIC CASE FILING
3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL

on AIR LINE PILOTS ASSOCIATION INTERNATIONAL

a domestic and/or foreign corporation
by delivering thereat true copies to Zabrina Quarles
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Administrative Assistant and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 30  HEIGHT: 5'7''    WEIGHT: 175    HAIR: BLACK      RACE: BLACK      SEX: FEMALE

                                         _____
                                         Brandon Snesko      License #

SWORN TO BEFORE ME  _____      OUR DOC# 19044
                                         O'Melveny & Myers
                                         Times Square Tower
                                         7 Times Square
                                         New York NY 10036
                                         212-326-2000

District of Columbia: SS
Subscribed and Sworn to before me,
this 17th day of August, 2007

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012


Michael Molash
Notary Public, District of Columbia
My Commission Expires 7/14/2012