UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
                                          Index No. 07 CV 7327

POLAR AIR CARGO WORLDWIDE, INC.
                                                    , Plaintiff(s)

                        -  against  -

AIRLINE PILOTS ASS'N INT'L AND POLAR AIR CARGO, INC MASTER EXECUTIVE
COUNCIL
                                                    , Defendant(s)

State of California     )
                        )    SS.:
County of Sacramento    )

                          AFFIDAVIT OF SERVICE

Scott A. Oliver being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of California.  That on 08/27/2007 at  6:40 PM at:
         POLAR AIR CARGO, INC MASTER EXECUTIVE COUNCIL
         5141 FAWN HALLOW WAY
         ANTELOPE CA 95843
Deponent served the:

SUMMONS IN A CIVIL ACTION
COMPLAINT TO COMPEL ARBITRATION UNDER THE RAILWAY LABOR ACT
RULE 7.1 STATEMENT OF PLAINTIFF POLAR AIR CARGO WORLDWIDE, INC.
INDIVIDUAL PRACTICES OF MAGISTRATE JUDE GEORGE A. YANTHIS
INDIVIDUAL PRACTICES OF MAGISTRATE JUDE WILLIAM C. CONNER
3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL

on POLAR AIR CARGO, INC MASTER EXECUTIVE COUNCIL

a domestic and/or foreign corporation
by delivering thereat true copies to Bob Hester
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Managing Agent and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 42  HEIGHT: 5'9''    WEIGHT: 165    HAIR: BROWN    RACE: WHITE    SEX: MALE

                                    _____
                                    Scott A. Oliver    License #2005-35

SWORN TO BEFORE ME   8-30-07        OUR DOC# 19112
                                    O'Melveny & Myers
                                    Times Square Tower
                                    7 Times Square
                                    New York NY 10036
                                    212-326-2000

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

STATE OF CALIFORNIA           )

COUNTY OF SACRAMENTO          )

On 8-29-07 before me, S. L. Nelson
  DATE                NAME, TITLE OF OFFICER – E.G.., "JANE DOE, NOTARY PUBLIC"

personally appeared, Scott A. Oliver

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_S. L. Nelson_____(SEAL)
NOTARY PUBLIC SIGNATURE

S. L. NELSON
Commission # 1584685
Notary Public - California
Sacramento County
My Comm. Expires Jun 10, 2009

──────── OPTIONAL INFORMATION ────────

THIS OPTIONAL INFORMATION SECTION IS NOT REQUIRED BY LAW BUT MAY BE BENEFICIAL TO PERSONS RELYING ON THIS NOTARIZED DOCUMENT.

TITLE OR TYPE OF DOCUMENT _____

DATE OF DOCUMENT _____   NUMBER OF PAGES _____

SIGNER(S) OTHER THAN NAMED ABOVE _____

SIGNER'S NAME _____      SIGNER'S NAME _____

RIGHT THUMBPRINT                   RIGHT THUMBPRINT