UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                     :
POLAR AIR CARGO WORLDWIDE, INC.,      :
                                                     :
                         Plaintiff,       :      Case No. 07-CV-7327 (WCC)
                                                     :
           - against -                       :
                                                     :
AIR LINE PILOTS ASSOCIATION,             :
INTERNATIONAL, and POLAR AIR CARGO,  :
INC. MASTER EXECUTIVE COUNCIL,         :
                                                     :
                          Defendants.     :
                                                     :
------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel has already appeared (with others) on behalf of Defendants Air Line Pilots Association, International, and the Polar Air Cargo, Inc. Master Executive Council, is admitted in this Court, and files this Notice so as to receive e-mail notification through the ECF system of all future filings at jlinsey@cwsny.com.

Dated: September 7, 2007

                                      Respectfully submitted,

                                      /s/ James L. Linsey
                                      James L. Linsey (JL 5546)
                                      COHEN, WEISS AND SIMON LLP
                                      330 West 42d Street, 25th Floor
                                      New York, New York 10036
                                      Telephone: (212) 563-4100
                                      Facsimile: (212) 695-5436

                                      Attorneys for Defendants

00111832.DOC.1