UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

POLAR AIR CARGO WORLDWIDE, INC.,
*Plaintiff,*

-against-

AIR LINE PILOTS ASSOCIATION
INTERNATIONAL and POLAR AIR CARGO, INC.
MASTER EXECUTIVE COUNCIL,
*Defendants.*

No. 07 CV 7327 (WCC)
ECF CASE

[PROPOSED] ORDER
COMPELLING ARBITRATION

Plaintiff Polar Air Cargo Worldwide, Inc. ("Plaintiff") has filed a complaint to compel defendants Air Line Pilots Association International and Polar Air Cargo, Inc. Master Executive Council (collectively, "Defendants") to proceed to arbitration in accordance with the Railway Labor Act, 45 U.S.C. §151, et. seq.

Upon consideration of the complaint, and upon consideration of the arguments of counsel at a conference before me on September 12, 2007, it is hereby ORDERED, that:

1. No later than thirty (30) days from the date of this Order (or the first available date that Arbitrator Frederick R. Horowitz has available), Plaintiff and Defendants shall appear before Arbitrator Horowitz, at which time the parties shall arbitrate whether Plaintiff's July 10, 2007 grievance may be expedited and when the July 10, 2007 grievance shall be scheduled for a hearing on the merits. Arbitrator Horowitz shall retain jurisdiction of the grievance, including regarding all scheduling matters.

2. This Court makes no rulings on whether plaintiffs' grievance is entitled to expedited arbitration nor on where the grievance should be placed among other grievances to be arbitrated.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

FAXED
COPIES MAILED TO COUNSEL OF RECORD

3. The parties shall report back to the Court regarding the status of this matter within forty-five (45) days.

IT IS SO ORDERED.

Dated: September 26, 2007.

_____
HONORABLE WILLIAM C. CONNER
UNITED STATES DISTRICT JUDGE

TO: James L. Linsey
Eyad Asad
Cohen, Weiss and Simon LLP
330 W. 42nd St., 25th Floor
New York, New York 10036
phone: (212) 563-4100
fax: (212) 695-5436

Attorneys for Defendants

Robert A. Siegel
Jeffrey I. Kohn
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, New York 10036
phone: (212) 326-2000
fax: (212) 326-2061

Attorneys for Plaintiff